Richard LANDRY, Individually and as partner in the community of acquets and gains existing between them; Trudy Landry, Individually and as partner in the community of acquets and gains existing between them, Plaintiffs–Appellants

v.

SPECIALTY DIVING OF LOUISIANA INC.; et al, Defendants,

Specialty Diving of Louisiana Inc., Defendant–Appellee.

No. 03–31028.

United States Court of Appeals, Fifth Circuit.

Decided Sept. 28, 2004.

Daniel Albert Claitor, Baton Rouge, LA, for Plaintiff–Appellant.

R. Joshua Koch, Jr., Spyridon, Koch & Palermo, Metairie, LA, for Defendant–Appellee.

Before KING, Chief Judge, and SMITH and EMILIO M. GARZA, Circuit Judges.

PER CURIAM: *

We affirm the district court's judgment for essentially the reasons given in the Order & Reasons filed on September 26, 2003.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.